No. 72. UNITED STATES *v.* SHIELDS. C. A. 7th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for reconsideration in light of *Gillette* v. *United States,* and *Negre* v. *Larsen, ante,* p. 437. MR. JUSTICE DOUGLAS dissents. ▉▉▉▉▉▉▉▉

No. 976. SOMERVILLE *v.* ILLINOIS. C. A. 7th Cir. Certiorari granted. Judgment vacated and case remanded for reconsideration in light of *United States* v. *Jorn,* 400 U. S. 470, and *Downum* v. *United States,* 372 U. S. 734 (1963). MR. JUSTICE DOUGLAS is of the opinion that the petition should be granted and judgment reversed. *United States* v. *Jorn, supra.* ▉▉▉▉▉▉

No. 712. TRIANGLE IMPROVEMENT COUNCIL ET AL. *v.* RITCHIE, COMMISSIONER, STATE ROAD COMMISSION OF WEST VIRGINIA, ET AL. C. A. 4th Cir. [Certiorari granted, 400 U. S. 963.] Motion for leave to file petitioners' reply brief out of time granted.

No. 824. M. F. A. CENTRAL COOPERATIVE ET AL. *v.* BOOKWALTER, DISTRICT DIRECTOR OF INTERNAL REVENUE, ET AL. C. A. 8th Cir. Motion to expedite consideration of petition for writ of certiorari denied. Motion of petitioners to argue orally as *amicus curiae* in No. 1082 denied. MR. JUSTICE BLACKMUN took no part in the consideration or decision of these motions. ▉▉▉▉▉▉▉

No. 6400. WEBSTER ET AL. *v.* UNITED STATES. C. A. 4th Cir. Application for bail presented to MR. JUSTICE BLACK, and by him referred to the Court, denied. ▉▉▉